

Scott M. Kessler

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 880 3874
T: 212 880 3800

scott.kessler@akerman.com

December 10, 2021

**VIA ECF**

Hon. I. Leo Glasser, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **In re:  John S. Pereira, as chapter 7 trustee for the bankruptcy estate of Pawel Capala v. Pawel Capala, et al.
(Case No.: 17-cv-03434 (ILG)(SMG)**

Dear Judge Glasser:

    This firm represents plaintiff John S. Pereira, as chapter 7 trustee for the bankruptcy estate of Pawel Capala ("Plaintiff") in the above captioned proceeding.  On October 25, 2021, Your Honor entered the *Order* [ECF No. 121] granting Plaintiff's Emergency Motion to Extend Notices of Lis Pendens (the "Emergency Motion") [ECF No. 108].

    The Emergency Motion had a scrivener's error and reflected the Deed Page for the Fire Hill Property as Deed Page 2814 instead of Deed Page 2184, which was carried over to the Order.  *See* Order at decretal paragraph 2.

    In order for the Office of the County Clerk for Columbia County to record the Order against the Fire Hill Property, we respectfully request that the Court so order this letter to correct the scrivener's error or enter an amended order.

                                Respectfully submitted,

                                */s/ Scott M. Kessler*
                              Scott M. Kessler

cc:    Gabriel Del Virginia, Esq. (via ECF and email)
        Michael Assaf, Esq. (via ECF and email)