# akerman

John P. Campo

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6428
T: 212 880 3800

John.campo@akerman.com

October 16, 2023

**VIA ECF**
Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> In re:  **John S. Pereira, as chapter 7 trustee for the bankruptcy estate of Pawel Capala v. Pawel Capala,** *et al.* **Case No.: 17-cv-03434 (ILG)(CLP) ("Fraudulent Conveyance Action"), related proceeding to <u>Case No. 07-cv-03629 (ILG) ("Gortat Action")</u>**

Dear Judge Pollak:

This firm is counsel to John S. Pereira, the plaintiff in the above referenced Fraudulent Transfer Action and the trustee (the "Trustee") in bankruptcy for the bankruptcy estate of Pawel Capala (the "Debtor").  We are writing in connection with the Court's electronic order entered on August 14, 2023, directing a status report by October 16, 2023.

On July 26, 2023, the bankruptcy court approved the settlement agreement between the Trustee, the Debtor, Jennifer Capala ("J. Capala") and Fire Hill Holdings, LLC ("Fire Hill," together with the Debtor and J. Capala, the "Defendants") and Robert Wisniewski ("R. Wisniewski"), on behalf of himself as a judgment creditor and on behalf of the Gortat judgment creditors ("Gortat Judgment Creditors").  The settlement amount has been funded, and the Trustee's final report was approved by the bankruptcy court on September 18, 2023 and the Trustee has made distributions to the bankruptcy estate's creditors and parties and interest.

A stipulation of dismissal of this action will be filed shortly.

Respectfully submitted,

*/s/John P. Campo*

John P. Campo

cc: All counsel of record (via e-mail)